DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COREY BERNARD YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2069

[November 12, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Robin Lee Rosenberg, Judge; L.T. Case No. 502013CF 10208A.

Carey Haughwout, Public Defender, and Richard B. Greene, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark J. Hamel, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Chapa v. State*, 159 So. 3d 361 (Fla. 4th DCA), *review denied*, No. SC15-638, 2015 WL 4886193 (Fla. Aug. 17, 2015).

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***